UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIPHAIRE PETERS<br><br>                          Plaintiff,<br><br>               -against-<br><br>TINESHA MILLS, WARDEN AMKC; DEPT.<br>SANTIAGO, ASST. DEPUTY WARDEN;<br>COMMISSIONER CYNTHIA BRANN,<br><br>                          Defendants. | 21 Civ. 5527 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, U.S.D.J.:

Plaintiff, currently detained in the Anna M. Kross Center ("AMKC") on Rikers Island,

brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants sexually assaulted

him.  By order dated July 29, 2021, the Court granted Plaintiff's request to proceed without

prepayment of fees, that is, *in forma pauperis* ("IFP").[1]

**DISCUSSION**

A.     **Service on Defendant**

The Clerk of Court is respectfully directed to notify the New York City Department of

Correction and the New York City Law Department of this order. The Court requests that

Defendants Warden Tinesha Mills, Assistant Deputy Warden Santiago, and former Commissioner

Cynthia Brann waive service of summons.

B.     **Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to

respond to specific, court-ordered discovery requests, applies to this action.  Those discovery

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been
granted permission to proceed IFP.  *See* 28 U.S.C. § 1915(b)(1).

requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents."  Within 120 days of the date of this order, Defendants must serve responses to these standard discovery requests.  In their responses, Defendants must quote each request verbatim.[2]

**CONCLUSION**

The Clerk of Court is further respectfully directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Warden Tinesha Mills, Assistant Deputy Warden Santiago, and former Commissioner Cynthia Brann waive service of summons.

Local Civil Rule 33.2 applies to this action.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   July 30, 2021
         New York, New York

                                                        EDGARDO RAMOS
                                                        United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Court's Pro Se Intake Unit.