UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPHAIRE W. PETERS,

                Plaintiff,

– against –

TINESHA MILLS, SANTIAGO, and
COMMISSIONER CYNTHIA BRAUN,

                Defendants.

**ORDER**

21 Civ. 5527 (ER)

R<small>AMOS</small>, D.J.:

    Defendants filed a motion to dismiss the complaint on December 17, 2021. Doc. 14. Defendants mailed notice of the motion to Peters, indicating that Peters' opposition was due January 18, 2022. As of this date, Peters has not submitted a response. Peters is therefore directed to submit a response by March 1, 2022. Failure to do so will result in the Court deeming the motion unopposed.

    The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.

    SO ORDERED.

Dated:   February 1, 2022
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.