UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPHAIRE W. PETERS,

                Plaintiff,

– against –

CORRECTION OFFICER JOHN DOE,

                Defendant.

**ORDER**

21-cv-5527 (ER)

RAMOS, D.J.:

      Plaintiff Ziphaire W. Peters, proceeding *pro se*, filed this action on June 23, 2021. Doc. 2. On May 18, 2022, the Court dismissed the complaint as to three individual defendants: Tinesha Mills, the Warden at the Anna M. Kross Center; Assistant Deputy Warden Santiago; and Cynthia Brann, former Commissioner of the New York City Department of Correction. Doc. 22. In its Order, the Court directed the Clerk of Court to add a John Doe defendant in the action, given that the complaint evinced a clear intention to bring suit against an unidentified officer who allegedly sexually assaulted Peters. *Id.* at 7–8. Additionally, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), the Court ordered the New York City Law Department to ascertain the identity and address of the John Doe defendant whom Peters sought to sue in this action. *Id.* at 8.

      On November 29, 2022, the Court directed Peters to respond to the New York City Law Department's Identification Interrogatories within 60 days, and it also granted the Law Department's request for an extension of time to identify the John Doe correction officer. Doc. 30.

There has been no further action in the case since November 29, 2022. The City is therefore directed to submit a status report by Friday, July 14, 2023.

It is SO ORDERED.

Dated:   July 7, 2023
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.