UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPHAIRE W. PETERS,

            Plaintiff,

– against –

CORRECTION OFFICER JOHN DOE,

            Defendant.

**ORDER**

21-cv-5527 (ER)

RAMOS, D.J.:

On November 29, 2022, the Court directed Peters to respond to the New York City Law Department's Identification Interrogatories within 60 days. Doc. 30. Peters failed to do so. And on July 17, 2023, the City informed the Court that Peters failed to respond to its correspondence from July 2022, September 2022, October 2022, and November 2022. Doc. 32. In other words, Peters failed to litigate his case for at least one year.

On July 18, 2023, the Court again directed Peters to respond to the Law Department's Identification Interrogatories by August 1, 2023. Doc. 33. It indicated that failure to do so would result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

By Wednesday, September 13, 2023, the City is directed to file a status letter indicating whether Peters responded to the Law Department's Identification Interrogatories.

It is SO ORDERED.

Dated:    September 8, 2023
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.