UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPHAIRE W. PETERS,

                           Plaintiff,

            – *against* –

CORRECTION OFFICER JOHN DOE,

                           Defendant.

**ORDER**

21-cv-5527 (ER)

R̲AMOS, D.J.:

      Ziphaire W. Peters filed this *pro se* action while on pretrial detention in June 2021.  Doc. 2.  The complaint alleged that a correction officer sexually assaulted Peters because Peters identifies as transgender.  *Id.* at 4.  On May 18, 2022, the Court granted a motion to dismiss the named defendants.  Doc. 22.  But the Court added the John Doe officer who committed the alleged assault to the action as a defendant, and the Court directed the New York City Law Department to identify the officer.  *Id.* at 7–8.

      The Law Department requested, and received, multiple extensions of time to identify the officer while waiting for Peters to respond to identification interrogatories.  Docs. 26, 28.  On November 29, 2022, the Court granted the Law Department's request to hold its deadline to identify the officer in abeyance, and the Court directed Peters to respond to the interrogatories by January 27, 2023.  Doc. 30.  On July 18, 2023, the Court again directed Peters to respond to the interrogatories by August 1, 2023.  Doc. 33.  The Court warned that failure to do so would result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *Id.*

      On September 12, 2023, the Court issued an order dismissing this case for failure to prosecute.  Doc. 36.  The Court explained that Peters had failed to respond to the identification interrogatories and had not communicated with the Court for more than one year.  *Id.* at 1–2.

Peters also had been given "clear notice that failure to respond to Court directives could result in dismissal." *Id.* at 2. And the Court noted that "it is not the function of this Court to chase dilatory plaintiffs while other litigants in this district seek access to the courts." *Id.* at 3 (quoting *Honsaker v. City of New York*, No. 16 Civ. 3217 (AJN), 2020 WL 6082094, at *3 (S.D.N.Y. Oct. 15, 2020)). Accordingly, the Court dismissed the case with prejudice for failure to prosecute. *Id.* at 4.

On October 3 and 4, 2024, more than one year after the Court dismissed the case, Peters filed two similar letters requesting a status update on the action. Docs. 37, 38. Peters stated: "[T]he last time I heard anything from the courts was a year ago when they told me that DOCS had 90 days to come up with John Doe's name, which they never did. Can you please let me know what is going on in the case?" Doc. 37.

On October 10, 2024, the Court reopened the case on the ground that Peters appeared to have been unaware of the Court's previous orders concerning the identification interrogatories. Doc. 39. The Court directed the Law Department to promptly serve Peters with the identification interrogatories and directed Peters to respond to those interrogatories by December 5, 2024. *Id.* The Court also directed the Law Department to identify the John Doe officer within thirty days of receiving Peters' response to the interrogatories. *Id.*

On December 1, 2024, Peters provided a response to the Law Department's identification interrogatories, Doc. 42, then, pursuant to a February 24 Court order, Peters provided further identifying details on March 5, 2025. Doc. 49. On May 30, 2025, the Law Department identified former correction officer Jean Junior Murat Calixte as the John Doe officer, Doc. 56, and on June 16, 2025, it informed the Court that Murat Calixte had designated the DOC to accept service on his behalf, Doc. 57.

On June 17, 2025, this Court directed Peters to file an amended complaint replacing "John Doe" with the now identified correction officer Jean Junior Murat Calixte by July 17, 2025.  Doc. 58.  Peters did not do so.  On September 30, 2025, the Law Department filed a motion to dismiss for failure to prosecute.  Doc. 60.

Peters must file his amended complaint replacing "John Doe" with the now identified correction officer Jean Junior Murat Calixte by **November 14, 2025.**  An amended complaint form is attached.  **If Peters fails to timely file his amended complaint, the Court will dismiss the case.  Peters also must promptly notify the Court of any change in address.**

The Clerk of Court is respectfully directed to update Peters' address on the docket to the following address:

Ziphaire Peters
DIN: 23B4102
Wende Correctional Facility
3040 Wende Rd.
Alden, New York 14004

It is SO ORDERED.

Dated:    October 6, 2025
          New York, New York

_____
        EDGARDO RAMOS, U.S.D.J.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                          (Plaintiff's name)


_____
(State in which the person resides and intends to remain.)


or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                              (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____

First Name                    Middle Initial        Last Name

_____

Street Address

_____

County, City                           State                  Zip Code

_____          _____

Telephone Number                       Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                              State                    Zip Code

Defendant 2: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                              State                    Zip Code

Defendant 3: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                              State                    Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.