UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIPHAIRE W. PETERS,

Plaintiff,

– *against* –

CORRECTION OFFICER JOHN DOE,

Defendant.

**ORDER**

21-cv-5527 (ER)

RAMOS, D.J.:

Ziphaire W. Peters filed this *pro se* action under 42 U.S.C. § 1983 while in pretrial detention on June 23, 2021. Doc. 2. On May 18, 2022, the Court granted a motion to dismiss the named defendants. Doc. 22. In that same motion, the Court added the John Doe officer who committed the alleged assault to the action as a defendant and directed the New York City Law Department (the "Law Department") to identify the officer. *Id.* at 7–8. As outlined in detail in the Court's January 16, 2026 Order, over the next year, the Law Department repeatedly requested that Peters respond to identification interrogatories, the Court repeatedly ordered Peters to respond to the identification interrogatories, and Peters repeatedly failed to do so. *See* Doc. 63 at 1–2. Eventually, the Court dismissed the case on September 12, 2023 for a failure to prosecute. *Id.*

More than a year later, in October 2024, Peters wrote two letters to the Court asking about the status of the case. Docs. 37, 38. On October 10, 2024, the Court reopened the case on the ground that Peters appeared to have been unaware of the Court's previous orders concerning the identification interrogatories. Doc. 39. On December 1, 2024, and again on March 5, 2025, Peters provided information in response to the identification interrogatories. *See* Docs. 42, 49. On May 30, 2025, the Law Department

identified former correction officer Jean Junior Murat Calixte as the John Doe officer, Doc. 55, and on June 16, 2025, it informed the Court that Murat Calixte had designated the Department of Corrections to accept service on his behalf, Doc. 57.

On June 17, 2025, the Court directed Peters to file an amended complaint replacing "John Doe" with the now identified correction officer Jean Junior Murat Calixte by July 17, 2025. Doc. 58. Peters did not do so. On September 30, 2025, the Law Department filed a letter motion requesting the Court dismiss the case due to Peters' failure to prosecute. Doc. 60. On October 6, 2025, the Court issued an order directing Peters to file her amended complaint by November 14, 2025, and warning her that failure to do so would result in the Court dismissing the case. Doc. 61. Peters again failed to do so. On January 16, 2026, the Court dismissed the case for failure to prosecute. Doc. 63.

Seven months later, on August 17, 2026, counsel for Peters appeared in this action. *See* Doc. 64. On August 18, 2026, Peters filed a motion to vacate the January 16, 2026 dismissal. Doc. 65.

The New York City Law Department is directed to file any opposition to Peters' motion to vacate by September 9, 2026. Peters is directed to file any reply by September 16, 2026.

It is SO ORDERED.

Dated: August 19, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.